UNITED STATES BNANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

DEBTOR (S)                                         CASE NUMBER

ROBERT S. & STACEY P. MILLER                       10-12955

                                                   CHAPTER 13
........................................................................

CHAPTER 13 PLAN

1.    The future earnings of the debtors are submitted to the supervision and
control of the trustee and the debtors (or the debtors' emplorer) shall pay to the
trustee the sum of <u>500.43</u> weekly, (or semi-monthly or [monthly]), <u>Monthly</u>
21% at 60 months.

2.   from payments so received, the trustee shall make payments as follows:

   a. The priority payment required by 11 U.S.C. 507 (a)
   b. After the above payments, dividend to secured creditors whose claims are
      duly proved and allowed as follows:
                     as per Schedule D
   c. Subsequently to (or pro rata with) dividends to secured creditors, dividends
      to unsecured creditors whose claims are duly proved and allowed as follows:
                     as per Schedule F

3.   ( If applicable)  the following executor contracts of the debtors are rejected:
                     None

4.   Title to the debtors property shall revest in the debtors on confirmation of a
     plan (or upon dismissal of the case after confirmation pursuant of 11 U.S.C.
     1307 or upon closing of the case pursuant of 11 U.S.C. 350 (a).

Dated: _NOVEMBER 9, 2010_            _____
                                     Robert S. Miller          Debtor

_____     _____
Signature of Attorney                Stacey P. Miller          Debtor

CHAPTER  THIRTEEN PLAN

| DEBTOR(S) | CASE NUMBER |
|---|---|
| ROBERT S & STACEY P. MILLER | 10-12955 |
| | CHAPTER 13 |

## CALCULATION OF PLAN %

| | | |
|---|---|---|
| Amount of excess income over expenses<br>(Summary of Schedules)<br>(Schedule I minus Schedule J) (plus 400.00) | | 500.43 |
| Multiplied by number of months in plan | | 60 |
| Amount available thru plan prier to Trustees fee | | 30,025.80 |
| Less 10% Trustee's Fee | | 3,002.58 |
| Amount available to fund the plan<br>These are always<br>To be paid at 100% | | 27,023.22 |
| Less : Priority Claims (Schedule E) | 467.83 | |
| Attorney fees (statement pursuant<br>To Rule 2016 b) | 800.00 | |
| | | 1,267.83 |
| | | 25,755.39 |
| Secured claims to be paid thru<br>the plan. (schedule D) | | 0 |
| % = amount available for unsecured creditors | | .2104% |
| Amount owed unsecured creditors (Schedule F)<br>(less $30,000.00 Loan Paid outside of Plan) | | 122,392.24 |

If the percentage is over 100% reduce the number of months in the
Plan or the amount of the plan payment.