UNITED STATES BNANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

DEBTOR(S)                                           CASE NUMBER

ROBERT S & STACEY P. MILLER                         10-12955

                                                    CHAPTER 13

## CALCULATION OF PLAN %

| | |
|---|---|
| Amount of excess income over expenses<br>(Summary of Schedules)<br>(Schedule I minus Schedule J) (plus 400.00) | 393.52 |
| Multiplied by number of months in plan | 60 |
| Amount available thru plan prior to Trustees fee | 30,025.80 |
| Less 10% Trustee's Fee | 3,002.58 |
| Amount available to fund the plan | 27,023.22 |

These are always
To be paid at 100%
Less : Priority Claims (Schedule E)           467.83
    Attorney fees (statement pursuant
    To Rule 2016 b)  2,250.00 less 100      2,150.00
                                                    2,617.83
                                                    24,405.39

    Secured claims to be paid thru
    the plan. (schedule D)                          0
% = amount available for unsecured creditors        .1994%

    Amount owed unsecured creditors (Schedule F)   122,392.24
    (less $30,000.00 Loan Paid outside of Plan)

If the percentage is over 100% reduce the number of months in the Plan or the amount of the plan payment.

UNITED STATES BNANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

DEBTOR (S)     CASE NUMBER

ROBERT S. & STACEY P. MILLER     10-12955

CHAPTER 13

..............................................................................................

CHAPTER 13 PLAN
1. The future earnings of the debtors are submitted to the supervision and control of the trustee and the debtors (or the debtors' emplorer) shall pay to the trustee the sum of <u>393.52</u> , <u>Monthly</u>
.1994% at 60 months.

2. from payments so received, the trustee shall make payments as follows:

   a. The priority payment required by 11 U.S.C. 507 (a)
   b. After the above payments, dividend to secured creditors whose claims are duly proved and allowed as follows:
               as per Schedule D
   c. Subsequently to (or pro rata with) dividends to secured creditors, dividends to unsecured creditors whose claims are duly proved and allowed as follows:
               as per Schedule F
3. ( If applicable) the following executor contracts of the debtors are rejected:
               None
4. Title to the debtors property shall revest in the debtors on confirmation of a plan (or upon dismissal of the case after confirmation pursuant of 11 U.S.C. 1307 or upon closing of the case pursuant of 11 U.S.C. 350 (a).

Dated: <u>December 14, 2010</u>

_____
Robert S. Miller     Debtor

_____
Signature of Attorney

_____
Stacey P. Miller     Debtor

CHAPTER THIRTEEN PLAN