UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

DEBTOR (S)                                    CASE NUMBER

ROBERT S. & STACEY P. MILLER                  10-12955

                                              CHAPTER 13
......................................................................

CHAPTER 13 PLAN

1.    The future earnings of the debtors are submitted to the supervision and
control of the trustee and the debtors (or the debtors' employer) shall pay to the
trustee the sum of 500.43 , Monthly
.1695% at 60 months.

2.   From payments so received, the trustee shall make payments as follows:

   a. The priority payment required by 11 U.S.C. 507 (a)
   b. After the above payments, dividend to secured creditors whose claims are
      duly proved and allowed as follows:
                     as per Schedule D
   c. Subsequently to (or pro rata with) dividends to secured  creditors, dividends
      to unsecured creditors whose claims are duly proved and allowed as follows:
                     as per Schedule F
3.  ( If applicable)  the following executor contracts of the debtors are rejected:
                     None
4.  Title to the debtors property shall revest in the debtors on confirmation of a
    plan (or upon dismissal of the case after confirmation pursuant of 11 U.S.C.
    1307 or upon closing of the case pursuant of 11 U.S.C. 350 (a).

Dated: 2- 9- 2011

_____          _____
Signature of Attorney                     Robert S. Miller            Debtor

                                          _____
                                          Stacey P. Miller            Debtor

CHAPTER  THIRTEEN PLAN

**DEBTOR(S)**                                   **CASE NUMBER: 10-12955**
**ROBERT S. & STACEY P. MILLER**               **CHAPTER 13**

## CALCULATION OF PLAN %

| | |
|---|---|
| Amount of excess income over expenses (Summary of Schedules) (Schedule I minus Schedule J) (plus 400.00) | 500.43 |
| Multiplied by number of months in plan | 60 |
| Amount available thru plan prior to Trustees fee | 30,025.80 |
| Less 10% Trustee's Fee | 3,002.58 |
| Amount available to fund the plan | 27,023.22 |

These are always
To be paid at 100%

| | | |
|---|---|---|
| Less : Priority Claims (Schedule E) | 467.83 | |
| Attorney fees (statement pursuant To Rule 2016 b)   2,250.00 less 100 | 2,150.00 | |
| | | 2,617.83 |
| | | 24,405.39 |

Secured claims to be paid thru
the plan. (schedule D)                                0

Secured creditors shall retain their mortgage, lien or security interest in collateral until the amounts of their allowed secured claims have been fully paid or until the debtors has been discharged.

% = amount available for unsecured creditors          .1695%

Amount owed unsecured creditors (Schedule F)          143,949.24

If the percentage is over 100% reduce the number of months in the Plan or the amount of the plan payment.

**Amended: February _9th_, 2011**